Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 CR 592 - 3 | DATE | 2/19/2002 |
| CASE TITLE | U S A vs. TERRY WRIGHT | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] The U. S. Marshall is ordered to furnish the defendant Terry Wright with subsistence fees for his travel from Knoxville, Tn to Chicago, IL for his sentencing hearing on February 13, 2002..

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | FEB 2 0 2002 date docketed | |
| ✓ | Docketing to mail notices. | | 72 |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| EF | courtroom deputy's initials | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 01 CR 592-3 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| TERRY WRIGHT, | ) | |
| | ) | DOCKETED |
| Defendant. | ) | FEB 2 0 2002 |

ORDER

Pursuant to 18 U.S.C. § 4285, it is hereby ordered that the United States Marshal furnish the defendant Terry Wright (501 Ferry Street Loudon, TN 37774) with subsistence fees for his travel from Knoxville, TN to Chicago, IL for his sentencing hearing on February 13, 2002 at 9:30 a.m. Attached to this order are copies of receipts for his hotel fare and ground transportation expenses.

_____
Hon. Charles R. Norgle
United States District Judge

Dated: 2/13/02

Defense Counsel Douglas Whitney
Fax (312) 621-8399

```
                    ***   Guest Receipt   ***

                         OHIO HOUSE MOTEL
                         600 N LASALLE ST
                         CHICAGO, IL 60610


                         Tel: (312)943-6000
                         Fax: (312)943-6063
```

02/13/2002
Adults: 1  Children:  0
Room #   101

WRIGHT, TERRY
A-NONE

```
Reference          Date        Transaction      Description                    Amount
================   ==========  ===============  ==========================    ========

080460/101-C       02/12/2002  GUEST ROOM       AAA                             72.00
080461/101-C       02/12/2002  GUEST ROOM TAX   14.9 %                          10.73
080462/101-C-0     02/12/2002  CASH             Payment                        -82.73

                                                Folio Balance.......            0.00


     02/12/2002 To 02/13/2002   Time-In: 11:53 pm; Time-Out:  7:01 am


     Charge Type Summary              Total
     ----------------------------   ---------

     GUEST ROOM                        72.00
     GUEST ROOM TAX                    10.73
     CASH                             -82.73



                    Thank You For Choosing The Ohio House!
```

**AIRPORT EXPRESS**
Continental Air Transport Co., Inc.
730 West Lake Street ◆ Chicago, IL 60661
312-454-7800 ◆ 1-888-2-THE-VAN

**Cash Receipt Only - Not Valid for Passage**

| | O'Hare | Midway |
|---|---|---|
| One Way - Individual | ☒ $20.00 | ☐ $15.00 |
| Round Trip - Individual | ☐ $36.00 | ☐ $27.00 |
| One Way Pair Fare (Per Person) | ☐ $16.00 | ☐ $12.00 |
| Round Trip Pair Fare (Per Person) | ☐ $29.00 | ☐ $20.00 |
| One Way Group Fare (Per Person) | ☐ $12.00 | ☐ $10.00 |
| Round Trip Group Fare (Per Person) | ☐ $22.00 | ☐ $18.00 |

☐ Door - to - Door _____

*1* Number of People    $ *20* Total Fare Paid

Date *2-12-02*   Driver *R. Pagan*   Van# *572*